

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Connally McKay
County Attorney
Wood County
Quitman, Texas

Dear Sir:

Opinion No. O-5098
Re: Under the facts submitted can
the county clerk of Wood County
retain his office after he is
inducted into the Army and re-
ceive his salary as county clerk?

Your letter of recent date submitting the above
stated question for the opinion of this department is as fol-
lows:

"The County Clerk of Wood County, Texas, is
about to be inducted into the army. The County
Clerk in this county employs several deputy clerks
who perform the various duties in that office.
Wood County operates under the Officer's Salary
Law, and the County Clerk receives a salary only
for his compensation.

"The question is: Can the County Clerk of
this county retain his civil office after he is
inducted into the army? If so, is he entitled to
his salary as County Clerk?

"Sec. 33 and Sec. 40, Art. 16, Constitution
of Texas, provide that no person shall hold or
exercise at the same time more than one office of
emolument, except that of Justice of the Peace,
County Commissioner, Notary Public and Postmaster,
etc., including certain reserves in the Army, Navy,
Marines, and retired personnel of the Army, Navy
and Marines. It is assumed the County Clerk will
enter the Army through Selective Service, and

Honorable Connally McKay, Page 2

therefore, the question is would he be an officer
exempt under the Constitution from holding his
civil office and being in the army. Carpenter
vs. Sheppard, 145 SW(2) 562, does not seem to be
applicable to this situation, but the recent de-
cision of the Supreme Court in the case of Cramer
vs. Sheppard probably is in point. I do not have
this case as yet.

"With several deputies in the office the
County Clerk could perform the duties of the of-
fice through and by them.

"It seems that if Judge Dixon in the Cramer
case is a reserve officer in the Army of the United
States, then it might also be true that a selectee
is a reserve enlisted man, as I understand, to
serve for the duration plus six months. Further,
it seems that under Title 94, Militia, every able
bodied male in Texas is in the Reserve Militia.

"Please let me have an opinion from your de-
partment concerning these questions."

It is not specifically stated whether or not the
county clerk is being inducted into the military service of
the United States as a private or a commissioned officer.
However, in the absence of any facts to the contrary we as-
sume that the county clerk is being inducted into the Army
as a private.

Heretofore this department has rendered several
opinions on questions very similar to the one presented in
your inquiry. In our opinion No. 0-5017 it was held "that
a person who was duly elected county clerk and has since
been inducted into the military service of the United States
as a private is entitled to qualify by filing the required
oath and bond".

In our opinion No. 0-4873 it was held "that no
provision of the Texas Constitution or statutes prevents the
private in the United States Army from being a candidate for
election to the office of county assessor-collector of taxes.
If such person be elected to that office, the fact alone that
he is a private in the United States Army will not disqualify
him to take and hold the office and receive the compensation
attached thereto.. See opinion No. 0-3448, referred to above."

Honorable Connally McKay, Page 3

        In view of the foregoing, you are respectfully
advised that it is our opinion that the fact alone that the
county clerk is a private in the United States Army will
not disqualify him to hold such office and receive the com-
pensation attached thereto.

        In support of our answer to your question we di-
rect your attention to the following opinions Nos. O-3448,
O-4465, O-5017, O-4873 and O-4599, copies of these opinions
being enclosed herewith.

                                Yours very truly

                        ATTORNEY GENERAL OF TEXAS

APPROVED FEB 19, 1943

FIRST ASSISTANT
ATTORNEY GENERAL                By  Ardell Williams

                                        Ardell Williams
                                        Assistant

AW:mp
Encl.



APPROVED
OPINION
COMMITTEE
BY _____
CHAIRMAN